UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

SANTOS GUILLERMO
VILLANUEVA FUNES,

    Petitioner,

v.

KRISTI NOEM,
*Secretary of Homeland Security,
U.S. Department of Homeland Security,*
TODD LYONS,
*Acting Director, U.S. Immigration and
Customs Enforcement,*
JEREMY BACON,
*Director, Baltimore ICE Field Office, U.S.
Immigration and Customs Enforcement,* and
PAMELA BONDI,
*Attorney General, U.S. Department of Justice,*

    Respondents.

Civil Action No. 25-3860-TDC

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Respondents' Motion to Dismiss, ECF No. 9, is DENIED.

2. Petitioner Santos Guillermo Villanueva Funes's Petition for a Writ of Habeas Corpus, ECF No. 1, is GRANTED in that:

    a. Respondents are enjoined from detaining Villanueva Funes pursuant to 8 U.S.C. § 1225(b).

    b. Respondents shall arrange for Villanueva Funes to receive, within **14 days** of the date of this Order, a bond hearing before an immigration judge, at which he can be represented by his present counsel.

    c. The bond hearing shall be conducted pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.1, 1003.19, and 1236.1, and Respondents shall provide Villanueva Funes with any other process due to him under these provisions.

    d. If Villanueva Funes is not provided with a bond hearing before an immigration judge within **14 days** of date of this Order, Respondents shall release Villanueva Funes from custody.

    e. Within **17 days** of the date of this Order, the parties shall file a Joint Status Report to confirm Respondents' compliance with this Order. If Villanueva Funes has not been released from custody, the Joint Status Report shall state whether and when a bond hearing was held in accordance with this Order and shall state the grounds for the immigration judge's decision. The Joint Status Report shall also state whether the parties agree that this case may be closed, subject to the Court's retention of jurisdiction to enforce compliance with prior Orders.

Date: January 13, 2026

THEODORE D. CHUANG  
United States District Judge