UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

SANTOS GUILLERMO
VILLANUEVA FUNES,

    Petitioner,

v.

KRISTI NOEM,
*Secretary of Homeland Security,*
*U.S. Department of Homeland Security,*
TODD LYONS,
*Acting Director, U.S. Immigration and*
*Customs Enforcement,*
JEREMY BACON,
*Director, Baltimore ICE Field Office, U.S.*
*Immigration and Customs Enforcement,* and
PAMELA BONDI,
*Attorney General, U.S. Department of Justice,*

    Respondents.

Civil Action No. 25-3860-TDC

## ORDER

The Court having reviewed the Joint Status Report, ECF No. 15, it is hereby ORDERED that the Clerk shall close this case, subject to the Court's retention of jurisdiction to enforce compliance with prior Orders.

Date: February 2, 2026

THEODORE D. CHUANG
United States District Judge